# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GENE AND FRANCES CANNON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:06-0804 |
| v. ) | Judge Trauger |
| ) | |
| GUNNALLEN FINANCIAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss and to Compel Arbitration filed by the defendants (Docket No. 22) is **STAYED** pending the court's receipt of further information from the parties.

As explained in the accompanying Memorandum, it is hereby **ORDERED** that, by February 7, 2007, the parties shall file what they maintain are the controlling arbitration agreements as to each of the plaintiffs. Further, they shall brief the following points: (1) whether, under each of these agreements, it is for the court to decide which parties are bound by the agreements; (2) which parties are bound by the controlling arbitration agreements, assuming that such a decision is appropriate for the court; and (3) which of the plaintiffs' non-class claims fall under the rubric of these agreements.

It is so ordered.

Enter this 22nd day of January 2007.

_____
ALETA A. TRAUGER
United States District Judge