UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENE AND FRANCES CANNON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:06-0804 |
| v. ) | Judge Trauger |
| ) | |
| GUNNALLEN FINANCIAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiffs' Motion to Reconsider Stay of Proceedings or Alternatively, to Order Separate Trial for Those Plaintiffs with No Claims that Must be Arbitrated (Docket No. 51) is denied.

It is so ordered.

Enter this 9th day of March 2007.

ALETA A. TRAUGER
United States District Judge