# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GENE AND FRANCES CANNON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Case No. 3:06-0804** |
| v. ) | **Judge Trauger** |
| ) | |
| **GUNNALLEN FINANCIAL, INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss (Docket No. 74) filed by the defendants will be **GRANTED IN PART** and **DENIED IN PART.**

It is so ordered.

Enter this 14th day of August 2007.

ALETA A. TRAUGER
United States District Judge