UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GENE AND FRANCES CANNON, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 3:06-0804 |
| v. ) | Judge Trauger |
| ) | |
| GUNNALLEN FINANCIAL, INC., *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiffs' Motion to Certify Class (Docket No. 91) is **DENIED**. In addition, the defendant's Motion to Strike Declarations of Hampton Dempsey, James Carpenter, Rachel Parker, and Russell Beasley (Docket No. 107) is **DENIED AS MOOT.**

It is so ordered.

Enter this 15th day of September 2008.

ALETA A. TRAUGER
United States District Judge